

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-17-00104-CR

TORRY JAMAL REED, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 41786-B

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

The clerk's record in this appeal was filed June 20, 2017, and the reporter's record was filed September 13, 2017, making the appellant's brief originally due October 13, 2017. This Court extended that briefing deadline twice, on Reed's motions, resulting in the most recent due date of December 4, 2017. We informed counsel when we granted the last extension request that further requests for extension of time would not be granted absent extraordinary circumstances; nonetheless, counsel has filed a third motion seeking an additional eighteen days to file Reed's brief.

We have reviewed counsel's most recent motion to extend time and find no extraordinary circumstances that would warrant an additional eighteen-day extension of the filing deadline. We have also reviewed the case file and record on appeal. Consequently, counsel's third motion to extend the time to file Reed's appellate brief is denied.

We hereby order counsel to file Reed's appellate brief with this Court on or before December 22, 2017.

IT IS SO ORDERED.

BY THE COURT

Date:   December 12, 2017